UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

JUAN CRUZ,

                              Defendant.

Case No. MJ22-350

DETENTION ORDER

Mr. Cruz is charged, in the Northern District of Texas, with: one count of conspiracy to commit bank fraud, 18 U.S.C. §§ 1349, 1344; one count of use of a false passport, 18 U.S.C. § 1543; ten counts of passport fraud, 18 U.S.C. §§ 1546(a) and 2; and ten counts of aggravated identity theft, 18 U.S.C §§ 1028(a)(1) and 2. The Court held a detention hearing on August 4, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Mr. Cruz poses a risk of nonappearance because the information he provided in his interview was unable to be verified by a collateral source. Mr. Cruz is connected with numerous aliases, dates of births, and social security number. The information

proffered by the government regarding his arrest, the numerous passports with his picture but not his name, and the charges for identity theft out of California, also indicate that Mr. Cruz is a flight risk.

2.    Mr. Cruz poses a risk of financial danger based on the nature of the instant offense and his criminal history and the government's proffer that even after he was charged in California for identity theft, he continued the scheme in Seattle, Washington.

3.    Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Cruz's appearance or ensure the economic safety of the community pending his initial appearance in the Northern District of Texas.

IT IS THEREFORE ORDERED:

(1)    Mr. Cruz shall be detained pending initial appearance in the Northern District of Texas, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Mr. Cruz shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Cruz is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the Defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

Dated this  4th   day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3